725 A.2d 1121

IN THE MATTER OF THOMAS B. BENITZ,
AN ATTORNEY AT LAW.

March 25, 1999.

## ORDER

The Disciplinary Review Board on November 13, 1993, having filed with the Court its decision concluding that **THOMAS B. BENITZ** of **MIDDLESEX,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 3.2 (failure to expedite litigation), and good cause appearing;

It is ORDERED that **THOMAS B. BENITZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.